COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:         01-15-01108-CR

Style:         Alan Nelson Crotts

        **v.** The State of Texas

Date motion filed*:         February 22, 2016

Type of motion:         Motion for Extension of Time to File Brief

Party filing motion:         Appellant

Document to be filed:

Is appeal accelerated?         No

If motion to extend time:

        Original due date:

        Number of previous extensions granted:         Current Due date:

        Date Requested:         March 22, 2016

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☑    **Dismissed**

    ☐    Other: _____

The clerk's record was filed in this Court on January 22, 2016. The reporter's record has not been filed. Because the appellate record is not complete, appellant's brief is not yet due. *See* TEX. R. APP. P. 34.1 (providing appellate record consists of clerk's record and, if necessary, reporter's record), 38.6(a) (providing appellant's brief is due within thirty days after later of date clerk's record was filed or reporter's record was filed). Accordingly, the motion is dismissed as moot.

Judge's signature:   /s/ Terry Jennings

        ☑    Acting individually     ☐    Acting for the Court

Panel consists of     _____

Date: March 8, 2016